The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEEGAN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:24-cv-00656-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO STRIKE INITIAL DEADLINES AND STAY CASE |

The parties filed a stipulated motion asking the Court to strike the initial deadlines set forth in a previous order (Dkt. No. 11) and to stay this case pending resolution of the United States' motion to dismiss for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) (Dkt. No. 8), which will be ripe on November 4, 2024.  Dkt. No. 13.

Because both parties agree that discovery will be time consuming and expensive, and because the pending motion is jurisdictional, the Court finds that good cause exists to vacate the initial deadlines and stay the case pending resolution of the United States' motion to dismiss. *See Blackburn v. United States*, 100 F.3d 1426, 1436 (9th Cir. 1996) ("It is a recognized and appropriate procedure for a court to limit discovery proceedings at the outset to a determination of jurisdictional matters." (quoting *U.S. Cath. Conf. v. Abortion Rights Mobilization, Inc.*, 487

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY
[Case No. 2:24-cv-00656-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

U.S. 72, 79–80 (1988))).

The Court therefore GRANTS the parties' stipulated motion (Dkt. No. 13) and ORDERS:

1. The deadlines set in a previous order (Dkt. No. 11) are VACATED, and

2. This matter is stayed until the United States' motion to dismiss (Dkt. No. 8) is resolved.

DATED this 30th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY
[Case No. 2:24-cv-00656-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970