UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEEGAN,<br><br>                  Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>                  Defendant. | Case No. 2:24-cv-00656-KKE<br><br>ORDER FOR EXTENSION OF TIME TO RESPOND |

## **JOINT STIPULATION**

Defendant United States of America, and Plaintiff Trevor Keegan jointly file this stipulation asking the Court to extend the deadline for the filing of the United States' Answer to Plaintiff's Amended Complaint until Monday, April 21, 2025.

Plaintiff filed his Amended Complaint on March 7, 2025. Pursuant to LCR 12(a)(1), The United States' Answer is due on March 21, 2025. In light of the length of Plaintiff's Amended Complaint and the new claims and defendants, the United States needs additional time to respond. Based on these considerations, Plaintiff has agreed to stipulate to an extension of the United States' deadline to file its Answer until Monday, April 21, 2025. Additionally, the United States takes no position on Plaintiff's request to have Defendant Giddings served by the U.S. Marshals Service.

ORDER FOR EXTENSION
[Case No. 2:24-cv-00656-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 17th day of March, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

| | |
|---|---|
| s/ Lyndsie R. Schmalz | s/ Trevor J. Keegan |
| LYNDSIE R. SCHMALZ, CA No. 285004 | TREVOR J. KEEGAN |
| Assistant United States Attorney | 19337 63RD PL NE |
| United States Attorney's Office | Kenmore, WA 98028 |
| Western District of Washington | Phone: 425-318-9505 |
| 700 Stewart Street, Suite 5220 | Email: trevorjkeegan@gmail.com |
| Seattle, Washington 98101-1271 | |
| Phone: 206-553-7970 | *Pro Se Plaintiff* |
| Fax:   206-553-4073 | |
| Email: lyndsie.r.schmalz@usdoj.gov | |

*Attorney for United States of America*

I certify that this memorandum contains 133 words, in compliance with the Local Civil Rules.

ORDER FOR EXTENSION
[Case No. 2:24-cv-00656-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendant shall file their Answer by April 21, 2025.

DATED this 17th day of March , 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER FOR EXTENSION
[Case No. 2:24-cv-00656-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970