The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEEGAN, | Case No. 2:24-cv-00656-KKE |
| Plaintiff, | STIPULATED MOTION TO FILE REDACTED MATERIALS AND ORDER |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendant. | |

The parties jointly stipulate and request that they be permitted to replace certain docket entries in this case with redacted copies of documents that remove personally identifying information for individual defendant Susan Giddings. Defendant Giddings was a high-ranking official with the Bureau of Prisons, and there are safety concerns if her personal information – including her home address and photographs of her home – is publicly available on the Court's docket. Therefore, the parties jointly stipulate and request that they be permitted to replace docket entries 37, 40, 41, 42, and 43 with redacted copies of those documents. The parties propose to coordinate with the Clerk for the filing of the redacted copies.

//

//

STIPULATED MOTION TO FILE REDACTIONS & ORDER
[Case No. 2:24-cv-00656-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 31st day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

| | |
|---|---|
| *s/ Lyndsie R. Schmalz* | *s/ Trevor J. Keegan* |
| LYNDSIE R. SCHMALZ, CA No. 285004 | TREVOR J. KEEGAN |
| Assistant United States Attorney | 19337 63RD PL NE |
| United States Attorney's Office | Kenmore, WA 98028 |
| Western District of Washington | Phone: 425-318-9505 |
| 700 Stewart Street, Suite 5220 | Email: trevorjkeegan@gmail.com |
| Seattle, Washington 98101-1271 | |
| Phone: 206-553-7970 | *Pro Se Plaintiff* |
| Fax:    206-553-4073 | |
| Email: lyndsie.r.schmalz@usdoj.gov | |

*Attorney for Susan Giddings & United States*

I certify that this memorandum contains 111 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO FILE REDACTIONS & ORDER
[Case No. 2:24-cv-00656-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' joint stipulated motion is GRANTED. Dkt. No. 50.

The Clerk is instructed to seal Dkt. Nos. 37, 40, 41, 42, 43, 43-1. The parties shall coordinate with the Clerk to file redacted copies.

DATED this 31st day of July, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO FILE REDACTIONS & ORDER
[Case No. 2:24-cv-00656-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970